# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AeroThrust Corporation and AeroThrust Engine Leasing Holding Company, LLC,<br><br>Debtors and Debtors-in-Possession. | Case No: 09-14541(PJW)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF BERNARD A. KATZ IN SUPPORT OF MOTION FOR ORDER PURSUANT TO SECTIONS 327, 328(a) AND 1107 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) AUTHORIZING AND APPROVING EMPLOYMENT OF J.H. COHN LLP AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION

**STATE OF NEW JERSEY** )
                                  ) SS:
**COUNTY OF MIDDLESEX** )

Bernard A. Katz, of full age, being duly sworn according to law, upon his oath deposes and says:

1. I am a director at the firm of J.H. Cohn LLP (the "*J.H. Cohn*"), proposed financial advisor to AeroThrust Corporation ("*AeroThrust*") and AeroThrust Engine Leasing Holding Company, LLC ("*AeroThrust Holding*") in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "*Debtors*").

2. I make this affidavit in support of the Motion Pursuant to 11 U.S.C. §§ 327, 328(a) and 1107 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) Authorizing and Approving the Employment of J.H. Cohn LLP as Financial Advisor to the Debtors and Debtors-in-Possession. I make this affidavit based in material part on J.H. Cohn's business records and a review of certain business records of the Debtors.

3. To the best of my knowledge, J.H. Cohn has had no previous relationship with the Debtors.

4. J.H. Cohn has been retained by the Debtors under a general retainer for purposes of representing the Debtors in connection with this and any related proceedings and has agreed with the Debtors that no compensation will be paid, except as may be allowed by the Court for services rendered by J.H. Cohn. J.H. Cohn received the sum of $75,000 as a retainer, of which $44,130 was expended in preparation of the Debtors' chapter 11 filings. J.H. Cohn will continue to hold the balance and will apply it to the final invoice for chapter 11 services rendered.

5. The Firm will charge for its financial advisory on an hourly basis and in accordance with its standard hourly rates, and will seek reimbursement of its disbursements. Rates for the J.H. Cohn's professionals are set forth in the engagement letter annexed hereto as Exhibit A.

6. J.H. Cohn has considerable experience and knowledge in the field of accounting and financial advisory services, which it will utilize for and on behalf of the Debtors.

7. Neither J.H. Cohn nor any of its members and associates, insofar as I have been able to ascertain after due inquiry, has any prior connection (connection being defined as a professional relationship) with the Debtors, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee for the District of Delaware, or any person employed in the office of the United States Trustee, which would in any way disqualify it from representing the Debtors.

8. Neither J.H. Cohn, nor any of its members and associates, insofar as I have been able to ascertain after due inquiry, represents any interest adverse to the Debtors or their estates in the matters upon which J.H. Cohn is to be engaged. To the best of my knowledge, J.H. Cohn

is a "disinterested person" within the meaning of 11 U.S.C. § 101(14), as modified by 11 U.S.C. § 1107(b).

9. J.H. Cohn has no agreement with any other entity to share with such entity any compensation received by J.H. Cohn.

10. Subject to the approval of this Court upon appropriate application therefore, J.H. Cohn intends to bill for its financial advisory services in this case in accordance with its usual practice, applying the customary hourly rates for matters of this type, and charging for all disbursements and expenses customarily billed to its clients and necessarily incurred.

*Bernard A. Katz*

Bernard A. Katz

Sworn and subscribed to
before me this 28th day
of December, 2009
*Rosellen Martoken*
Rosellen Martoken
A Notary Public of New Jersey
My Commission Expires October 21, 2013

ROSELLEN MARTOKEN
NOTARY PUBLIC
NEW JERSEY
MY COMMISSION EXPIRES 10-21-2013