# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEROTHRUST CORPORATION, a Delaware corporation,<br><br>Debtor and Debtor-in-Possession. | Case No. 09-14541 (PJW)<br><br>Chapter 11<br><br>**Re: D.I. 2** |

| | |
|---|---|
| In re:<br><br>AEROTHRUST ENGINE LEASING HOLDING COMPANY, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor-in-Possession. | Case No. 09-14542 (PJW)<br><br>Chapter 11<br><br>**Re: D.I. 2** |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES PURSUANT TO FED.R.BANKR.P. 1015

Upon the motion (the "*Motion*") of AeroThrust Corporation ("*AeroThrust*") and AeroThrust Engine Leasing Holding Company, LLC in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "*Debtors*") for entry of an Order pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure directing the joint administration of the Debtors' respective chapter 11 cases; and the Court having reviewed the Motion and having determined that the relief requested therein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that notice of the Motion was sufficient under the circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation; and good and sufficient cause appearing therefore:

It is **ORDERED** that

1. The Motion is granted.

2. The above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 09-14541 (PJW).

3. The caption of the cases as administratively consolidated under the terms hereof shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------x
|||
|---|---|
| In re: | : Case No: 09-14541 (PJW) |
| | : |
| AeroThrust Corporation and AeroThrust Engine Leasing Holding Company, LLC [1] | : |
| | : Chapter 11 |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |

------------------------------------------------------------x

\* \* \*

[1] The Debtors along with the last four digits of their federal tax identification numbers are: AeroThrust Corporation (8828) and AeroThrust Engine Leasing Holding Company, LLC (1230). The Debtors' mailing address for purposes of these cases is P.O. Box 522236, Miami, Florida 33152.

4. An original docket entry shall be made on the dockets of each of the above-captioned bankruptcy cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of AeroThrust Corporation and AeroThrust Engine Leasing Holding Company, LLC. The docket in Case No. 09-14541 (PJW) should be consulted for all matters affecting this case.

5. The Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation and/or enforcement of this order.

Dated: December 30, 2009
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE