# EXHIBIT A

[Proposed Order]

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 09-14541 (PJW) |
| **AeroThrust Holding Corporation and AeroThrust Engine Leasing Holding Company, LLC,**[1] | Chapter 11 <br><br> (Jointly Administered) |
| Debtors. | Re: Docket No. __ |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GRAYROBINSON, P.A. AS COUNSEL TO COMMITTEE *NUNC PRO TUNC* TO JANUARY 13, 2010

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 Cases of the above-captioned debtors and debtors-in-possession (the "Debtors") to authorize the Committee to retain and employ GRAYROBINSON, P.A. ("GR") as its bankruptcy co-counsel *nunc pro tunc* to January 13, 2010, and the Court having reviewed the Application, and the Court finding that (a) the Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (c) notice of the Application has been provided to: (i) the U.S. Trustee; (ii) the Debtors; (iii) counsel for the Debtors; (iv) counsel for PNC Bank, N.A.; and (v) all parties entitled to receive notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002, and the Court having found that such notice was sufficient under the circumstances and that no other or further notice need be provided; and the Court having considered the Application and the Affidavit of Steven J. Solomon in support of the Application (the "Solomon Affidavit"); and the Court having determined that the legal and factual bases set

---

[1] The Debtors along with the last four digits of their federal tax identification numbers are: AeroThrust Corporation (8828) and AeroThrust Engine Leasing Holding Company, LLC (1230). The Debtors' mailing address for purposes of these cases is P.O. Box 522236, Miami, Florida 33152.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

forth in the Application and the Solomon it establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Committee shall be, and hereby is, authorized to employ and retain GR as its counsel, *nunc pro tunc* to January 13, 2010, in accordance with the terms and conditions set forth in the Application.

3. GR shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court.

4. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

5. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2010
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE