# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------X
                                            :
In re                                       :    Chapter 11
                                            :
AeroThrust Corporation and AeroThrust Engine :
Leasing Holding Company, LLC,               :    Case No. 09-14541 (PJW)
                                            :
        Debtors and Debtors-in-Possession.  :    (Jointly Administered)
                                            :
-------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

```
STATE OF DELAWARE    :
                     :  SS.
NEW CASTLE COUNTY     :
```

Tracy A. Cameron, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd of February, she caused a copy of the following to be served on the attached list as indicated:

- Application of the Official Committee of Unsecured Creditors to Authorize the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to Creditors' Committee *Nunc Pro Tunc* to January 15, 2010 [Docket No. 106]

- Official Committee of Unsecured Creditors' Application to Retain Genovese Joblove & Battista P.A. as Special Counsel Nunc Pro Tunc to January 13, 2010 [Docket No. 109]

- Application of the Official Committee of Unsecured Creditors to Authorize the Retention and Employment of GrayRobinson, P.A. as Counsel to Creditors' Committee *Nunc Pro Tunc* to January 13, 2010 [Docket No. 110]

*(signature)*

Tracy A. Cameron, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED. before me this 3rd day of February, 2010.

*(signature)*

Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

# Service List

David Klauder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
*Hand Delivery*

Lufthansa Technik AG
Attn: Volker Widlitzke
Ham WR 14
WEG BEIM JAGER 193
D-22335 Hamburg
Germany
*International Mail*

Turbine Overhaul Svc.
Attn: Hazel Lui
PTE. LTD.
5 Tuas Drive 2
Singapore 638639
*International Mail*

Lufthansa Shannon, Shannon LTTS
Attn:Paul McInerey
Word Aviation Park
County Clare, SH
Ireland
*International Mail*

AeroDirect, Inc.
Attn: Steve Berner
860 Chaddick Drive, Building A
Wheeling, IL 60090
*Overnight Delivery*

Miami-Dade County Aviation
Finance Division
Attn: Brian Ginger
P.O. Box 526624
Miami, FL 33152-6624
*Overnight Delivery*

Avioserv San Diego, Inc.
Attn: Thomas Gehring
6495 Marindustry Place
San Diego, CA 92121
*Overnight Delivery*

Flight Power Management Group
Attn: Mario Galego Jr
4451 N.W. 74th Avenue
Miami, FL 33166
*Overnight Delivery*

# Service List

GE Engine Services Dallas LP
Attn: Charlie Hanschuh
15225 FAA Boulevard
Ft. Worth, TX 76155-2296
*Overnight Delivery*

Parker Hannifin Corp.
Attn: Bev Hamilton
16666 Von Karman Avenue
Irvine, CA 92714
*Overnight Delivery*

GE Aviation Services Operation LLP
Attn: Elsie Seah
23 Loyang Way
Singapore
*International Mail*

Tran Logistics LLC.
Attn: Lily Tran
2801 N.W. 74th Avenue, #170
Miami, FL 33122
*Overnight Delivery*

Pratt & Whitney Aircraft
Spare Parts Sales
400 Main Street
East Hartford, CT 06108
*Overnight Delivery*

Chromalloy Holland BV
Attn: Arthur Hendriks
Siriustraat 55
5015 Tilburg
The Netherlands
*International Mail*

Global Machine Technologies, LLC
Attn: Noel Lilley
9791 Poplar Place
Orlando, FL 32827
*Overnight Delivery*

Jet Aviation Specialist Inc.
Attn: Carlos Fernande
3373 N.W. 107th Street
Miami, FL 33167
*Overnight Delivery*

# Service List

Midamerican Aerospace, Ltd.
Attn: James Berg
280 Blairs Ferry Road, N.E.
Cedar Rapids, IA 52402
*Overnight Delivery*

Pas Technologies Inc.
Attn: Jeff White
214 Hobart Drive
Hillsboro, OH 45133
*Overnight Delivery*

Lanchile
Attn: Victor Brito
CAMB International Airport
POB 147d
Santiago Chile
*International Mail*

Chromalloy San Diego, Inc.
Attn: Mike Yoemans
1071 Industrial Place
El Cajon, CA 92020
*Overnight Delivery*

Phoenix Composite Solutions LLC
Attn: John Scanlon
5911 Mission Street
Oscoda, MI 48750
*Overnight Delivery*

Global Shipping Services LLC
Attn: Jes Poulsen
7175 N.W. 87th Avenue
Miami, FL 33178
*Overnight Delivery*

Combustor Airmotive Services Pte. Ltd.
Attn: Jenny Choy
10 Loyang Lane
Singapore
508916
*International Mail*

GE Engine Services
Tri-Remanufacturing
Attn: Carl Schoolcraft
3390 East Locust Street
Terre Haute, IN 47803
*Overnight Delivery*

# Service List

GA Telesis
Attn: Alex Tuttle
5400 N.W. 35th Avenue
Building 16
Ft. Lauderdale, FL 33309
*Overnight Delivery*

Jetair Support, Inc.
Attn: Adelino Martin
2557 N.W. 74th Avenue
Miami, FL 33122
*Overnight Delivery*

Delta Airlines, Inc.
Hartsfield-Jackson Int. Airport
Attn: Demetra Daniels
1775 Aviation Boulevard
Atlanta, GA 30354
*Overnight Delivery*

General Electric Engine Services Inc.
Attn: Doug Hordowick
201 West Crescentville Road
Cincinnati, OH 45246
*Overnight Delivery*

Bae Systems Controls
Dock 1, Mail Drop – SC
Attn: Service Center
2000 Taylor Street
Ft. Wayne, IN 46802
*Overnight Delivery*

Grand Prairie Accesory Services
Attn: Bethany Franklin
1038 Santerre Drive
Grand Prairie, TX 75050
*Overnight Delivery*

Stephanie O 'Madigan
PNC Business Credit
201 South Tryon Street
Suite 900
Charlotte, NC 28202
*Overnight Delivery*

PNC Bank, N.A.
JEROLD SLUTSKY
Vice-President
PNC Business Credit
205 Datura Street
West Palm Beach, FL 33401
*Overnight Delivery*

# Service List

James Langdon, Esq.
Moore & Van Allen
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
*Overnight Delivery*

Erste Bank Der Oesterreichischen Sparkassen
AG
London Branch
Stewart Tanner
Director-Aerospace Finance
68 Cornhill
London EC3V 3QE
United Kingdom
*International Mail*

Paul Roberts
Celsius Holdings Delaware Corporation
SAAB Aircraft Leasing, Inc.
21300 Ridgetop Circle
Sterling, VA 20166
*Overnight Delivery*

Internal Revenue Service
Ogden, UT 84201-0012
*Overnight Delivery*

Bonnie Glantz Fatell, Esq.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Hand Delivery*

Carrie Beth Lesser, Esq.
Assistant General Counsel
Bank of America, N.A.
101 E. Kennedy Blvd., 16th Floor
Mail Code: FL1-400-16-12
Tampa, FL 33602
*Overnight Delivery*

Michael D. DeBaecke, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
*Hand Delivery*

Melissa Green, Esq.
GE Aviation
1 Neuumann Way
Mail Drop F125
Cincinnati, OH 45215
*Overnight Delivery*

# Service List

Gray-Robinson, P.A.
Attn: Steven J. Solomon
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
*Overnight Delivery*

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
*Overnight Delivery*

Sharon L. Levine, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
*Overnight Delivery*

William E. Chipman, Jr., Esq.
Kerri K. Mumford, Esq.
Mark D. Olivere, Esq.
J. Landon Ellis, Esq.
Landis, Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
*Hand Delivery*

Robert J. Stark
Sigmund S. Wissner-Gross
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
*Overnight Delivery*

T. Max Riffin
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
*Hand Delivery*

Rachel Ehrlich Albanese
Greenberg Traurig, LLP
200 Park Avenue
MetLife Building
New York, NY 10166
*Overnight Delivery*