# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 09-14541 (PJW) |
| **AeroThrust Holding Corporation and AeroThrust Engine Leasing Holding Company, LLC,**[1] | Chapter 11 (Jointly Administered) |
| Debtors. | Re: Docket No. __ |

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF SSG CAPITAL ADVISORS, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE JANUARY 27, 2010

Upon consideration of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases for an order under sections 328 and 1103(a) of the Bankruptcy Code authorizing the retention of SSG Capital Advisors, LLC ("SSG") as financial advisor to the Committee, effective as of January 27, 2010; and upon the Declaration of J. Scott Victor (the "Victor Declaration"), Managing Director of SSG, in support thereof; and the Court being satisfied based upon the representations made in the Application and the Victor Declaration that SSG represents no interest that is adverse to the Committee with respect to the matters on which SSG is to be engaged, that SSG is a disinterred person as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that SSG's employment is necessary and in

---

[1] The Debtors along with the last four digits of their federal tax identification numbers are: AeroThrust Corporation (8828) and AeroThrust Engine Leasing Holding Company, LLC (1230). The Debtors' mailing address for purposes of these cases is P.O. Box 522236, Miami, Florida 33152.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

the best interests of the Committee and its members; and after due dilation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Application is granted and approved.

2. Pursuant to sections 328 and 1103(a) of the Bankruptcy Code, the Committee is authorized to employ and retain SSG as its financial advisor, effective as of January 27, 2010, on the terms, and to perform the services, as set forth in the Engagement Agreement, the Application and Victor Declaration, so long as the Committee serves.

3. SSG shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of a first and final fee application pursuant to the Bankruptcy Rules, the Local Rules of this Court, and such other orders as the Court may direct.

Dated: _____, 2010
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE