UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AeroThrust Holding Corporation and AeroThrust Engine Leasing Holding Company, LLC,**[1]<br><br>Debtors. | Case No. 09-14541 (PJW)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Re: Docket No. 115 |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
SSG CAPITAL ADVISORS, LLC, AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
EFFECTIVE JANUARY 27, 2010**

Upon consideration of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors," or "Aerothrust") for an order under sections 328 and 1103(a) of the Bankruptcy Code authorizing the retention of SSG Capital Advisors, LLC ("SSG") as financial advisor to the Committee, effective as of January 27, 2010 (the "Effective Date"); and upon the Declaration of J. Scott Victor (the "Victor Declaration"), Managing Director of SSG, in support thereof ; and the Court being satisfied based upon the representations made in the Application and the Victor Declaration that SSG represents no interest that is adverse to the Committee with respect to the matters on which SSG is to be engaged, that SSG is a disinterred person as that term is defined under section 101(14) of the Bankruptcy Code,

---

[1] The Debtors along with the last four digits of their federal tax identification numbers are: AeroThrust Corporation (8828) and AeroThrust Engine Leasing Holding Company, LLC (1230). The Debtors' mailing address for purposes of these cases is P.O. Box 522236, Miami, Florida 33152.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

\303762\1 - # 210943 v1
2/22/10 9:29 AM
RLF1 3536022v.2

as modified by section 1107(b) of the Bankruptcy Code, and that SSG's employment is necessary and in the best interests of the Committee and its members; and after due dilation and sufficient cause appearing therefore,

**IT IS HEREBY:**

**ORDERED** that the Application is granted as set forth herein effective as of the Effective Date; and it is further

**ORDERED** that, pursuant to sections to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1, the Committee is authorized to employ and retain SSG as its financial advisor in accordance with the terms and conditions set forth in the Engagement Agreement, the Application and Victor Declaration as of the Effective Date; and it is further

**ORDERED** that the terms and conditions of SSG's retention (as modified by this Order) are approved pursuant to sections 328(a) and 1103 of the Bankruptcy Code and SSG is authorized to render professional services to the Committee as described in the Engagement Agreement; and it is further

**ORDERED** that SSG shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in the Order, pursuant to the Administrative Compensation Order, the Bankruptcy Code, the Bankruptcy Rules, Local Rules, and any other applicable orders of this Court. This Order and the record relating to the Court's consideration of the Application shall not prejudice or otherwise affect the rights of the U.S. Trustee to challenge the reasonableness of SSG's compensation under Bankruptcy Code sections 330 and 331. Accordingly, nothing in this order or the record

shall constitute a finding of fact or conclusion of law binding the U.S. Trustee, on appeal or otherwise, with respect to the reasonableness of SSG's compensation; and it is further

**ORDERED** that, notwithstanding anything herein to the contrary, Local Rule 2016-2 shall be deemed waived to the extent necessary to allow SSG to submit time records describing its general daily activities, the identity of persons who performed such activities and the amount of time expended on each activity on a daily basis, in hourly increments, for each of its personnel in accordance with the related procedures set forth in the Victor Affidavit; and it is further

**ORDERED** that to the extent that there may be any inconsistency between the terms of the Application, the Engagement Agreement, and this Order, the terms of this Order shall govern; and it is further

**ORDERED** that the Committee is hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: Feb 22, 2010
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE