IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AeroThrust Corporation and AeroThrust Engine Leasing Holding Company, LLC,[1]<br><br>Debtors and Debtors-in-Possession. | Case No: 09-14541 (PJW)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Re: D.I. 217 |

**ORDER EXTENDING EXCLUSIVE PERIODS IN WHICH THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO AND AUTHORIZING CREDITORS' COMMITTEE TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO DURING THE EXCLUSIVE PERIODS**

Upon the motion (the "**Motion**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), for an entry of an order pursuant to section 1121(d) of the Bankruptcy Code extending the exclusive periods in which the Debtors may file a chapter 11 plan and solicit acceptances thereto, all as more fully set forth in the Motion, and the Court having jurisdiction to consider the Motion and the relief requested therein; and it appearing that the relief requested by the Motion is necessary and in the best interests of the Debtors, their estates, and creditors; and due notice of the Motion having been served; and after due deliberation and sufficient cause appearing therefore,

**IT IS ORDERED** that:

1. The Motion shall be and is hereby granted as modified herein. Capitalized terms used and not otherwise defined herein shall have the meanings set forth in the Motion.

2. The exclusive period in which the Debtors may file a chapter 11 plan is extended to and including July 26, 2010, and the exclusive period for the solicitation of acceptances is

---

[1] The Debtors along with the last four digits of their federal tax identification numbers are: AeroThrust Corporation (8838) and AeroThrust Engine Leasing Holding Company, LLC (1230). The Debtors' mailing address for purposes of these cases is P.O. Box 522236, Miami, Florida 33152.

extended to and including September 23, 2010. This extension is without prejudice to the Debtors' right to request further extensions of the respective exclusivity periods.

3. Notwithstanding the foregoing, the Official Committee of Unsecured Creditors may also may file a chapter 11 plan and solicit acceptances thereof during the Debtors' exclusive periods set forth in this Order.

4. No further or additional notice of the Motion is required.

Dated: April 20, 2010
Wilmington, Delaware

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE