# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AeroThrust Corporation and AeroThrust | ) | Case No. 09-14541 (PJW) |
| Engine Leasing Holding Company, LLC, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: Docket Nos. 432, 442, and 445** |

## ORDER APPROVING MOTION OF INTERIM TRUSTEE TO EMPLOY HERITAGE GLOBAL PARTNERS AS AUCTIONEER, FOR APPROVAL OF AUCTION SALES AND PROCEDURES, AND FOR RELATED RELIEF

Before the Court is the Motion of Interim Trustee To Employ Heritage Global Partners As Auctioneer, For Approval Of Auction Procedures And Auction Sales, And For Related Relief (the "Motion").

1. The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. Section 1334; this is a core proceeding under 28 U.S.C. Section 157(b)(2).

2. Proper Notice of the Motion has been given.

3. The Court finds that the legal and factual basis for the Motion has been established.

4. The Motion is granted as set forth herein. Any objections not made to the Motion are waived. Any objections made to the Motion are overruled with prejudice.

5. Pursuant to 11 U.S.C. § 327(a) and 11 U.S.C. § 328(a), the Trustee is authorized to employ Heritage Global Partners as Auctioneer on the terms and conditions set forth in the Auction Agreement.[1] The Auction Agreement is approved in its entirety.

---

[1] Unless otherwise defined, capitalized terms herein shall have the meaning ascribed to them in the Motion

979682v.1

6. The Auction Procedures are approved. The Trustee may change the Auction date without further Court Order with the written consent of PNC and the Auctioneer. The Trustee is authorized to use any other reasonable procedures designed to effectuate the sales and to maximize the value of the ATC Assets.

7. The Auction Sales are approved. Each auction sale will be on an as is, where is basis, and with no warranties of merchantability and fitness for a particular purpose. Each auction sale will be free and clear of all existing liens, claims, interests, and encumbrances. The Auctioneer will directly collect all applicable sales taxes due on the auction sales and will be responsible to transmit these taxes to state and/or local tax collection authorities. The Gross Proceeds of the Auction, after any payment of reimbursable expenses to the Auctioneer, and the Seller Rebate, will be held by the Trustee pending further order of this Court.

8. The ATC Assets shall not include: (i) any parts, equipment or inventory that Scandinavian Airlines System Denmark-Norway-Sweden or any of its affiliated entities (collectively, "SAS") asserts is its property, including but not limited to the parts, equipment and inventory listed on the exhibit attached hereto as Exhibit 1 (collectively, the "SAS Inventory")[2], or (ii) any documentation the Federal Aviation Administration requires the Debtors to retain relating to the SAS Inventory, or any documentation the Debtors are required to retain relating to the SAS Inventory by contract with SAS.

9. The Trustee is authorized to execute and deliver all instruments and documents and take such other action as may be reasonable or necessary or appropriate to effectuate the terms of this Order.

---

[2] SAS understands that the Debtors may have identified the SAS Inventory by use of certain identifiers, including but not limited to, SAS, SAS Tech, SAS Technical Services, STS and Scandinavian Airlines.

2
979682v.1

10. All private parties and persons of every nature and description are prohibited from interfering in any way, or otherwise impeding, with the terms of this Order, the effectuation of the Auction, the Auction Procedures, or the Auction Sales.

11. Notwithstanding Bankruptcy Rules 6004, 6006 and 7062, this Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing.

12. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2010

_____
THE HONORABLE PETER J. WALSH
United States Bankruptcy Judge

979682v.1